UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY STOCKDALE, | ) | CASE NO. CV 09-236-RGK (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| JAMES D. HARTLEY, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 9, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\PJW1.wpd